**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Blackwater Technologies, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3006802** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **202 Deer Run Lane** <br> **Bremen, GA 30110** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Haralson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://www.blackwater-tech.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Blackwater Technologies, Inc.**                                    Case number *(if known)* _____
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2382__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☐ No.

   ■ Yes.

If more than 2 cases, attach a separate list.

| | District | **Northern District of Georgia** | When | **2/13/19** | Case number | **19-10283** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

   ■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Charles C. Blackwell** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Northern District of Georgia** | When | **5/16/19** | Case number, if known | **19-10958** |

Debtor    **Blackwater Technologies, Inc.**

Name

Case number (*if known*)

Debtor    **Blackwater Technologies, Inc.**    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:* | |
| | ■ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ **No** | |
| | ☐ **Yes.** | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | . | *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **Blackwater Technologies, Inc.**                                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2020**
            MM / DD / YYYY

**X** **/s/ Charles C. Blackwell**                          **Charles C. Blackwell**
    Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ J. Nevin Smith**                     Date    **November 12, 2020**
    Signature of attorney for debtor                     MM / DD / YYYY

**J. Nevin Smith 661110**
Printed name

**SMITH CONERLY LLP**
Firm name

**402 Newnan Street**
**Carrollton, GA 30117**
Number, Street, City, State & ZIP Code

Contact phone    **770-834-1160**        Email address    **awilson@smithconerly.com**

**661110 GA**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Blackwater Technologies, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>NORTHERN DISTRICT OF GEORGIA</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐  Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BB&T P.O. Box 580340 Charlotte, NC 28258-0340** | | **Consumer charge card account.** | **Contingent Disputed** | | | $25,377.44 |
| **BB&T P.O. Box 580340 Charlotte, NC 28258-0340** | | **Consumer charge card account.** | **Contingent Disputed** | | | $25,374.32 |
| **Blackwell, Charles 263 Old Five Notch Road Whitesburg, GA 30185-2360** | | **Unsecured loan.** | | | | $41,592.78 |
| **EDGE Fire Protection, Inc. 7 Monroe Dr Pelham, AL 35124** | | **Services provided to Debtor.** | **Contingent Disputed** | | | $25,185.50 |
| **Eldeco, Inc. 5751 Augusta Road Greenville, SC 29605** | | **Breach of contract.** | **Contingent Disputed** | | | $556,621.14 |
| **Everest Business Funding 2001 NW 107 Ave. Suite 300 Miami, FL 33172** | | **Some or all of the Debtor's accounts receivable.** | **Contingent Disputed** | | | $66,450.00 |
| **Forward Funding 100 Summer Street Suite 1174 Boston, MA 02110** | | **Some or all of the Debtor's accounts receivable.** | **Contingent Disputed** | | | $134,942.00 |
| **Georgia Department of Revenue P.O. Box 740321 Atlanta, GA 30374-0321** | | **Payroll tax.** | **Contingent Disputed** | | | $72,147.01 |
| **Honeywell Fire Systems US 12 Clintonville Rd Northford, CT 06472** | | **Goods provided to Debtor.** | **Contingent Disputed** | | | $170,661.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Blackwater Technologies, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Honeywell Fire Systems US 12 Clintonville Rd Northford, CT 06472** | | **Goods provided to Debtor.** | **Contingent Disputed** | | | $37,333.09 |
| **J & K 18 N. Main St P.O. BOX 129 Graysville, AL 35073** | | **Goods provided to Debtor** | **Contingent Disputed** | | | $58,817.12 |
| **Lafon & Hall (SDI) 1301 Bombay Lane Roswell, GA 30077** | | **Goods provided to Debtor.** | **Contingent Disputed** | | | $23,514.96 |
| **Marathon Electrical Cont., Inc 2830 Commerce Blvd Irondale, AL 35210** | | **Services provided to Debtor.** | **Contingent Disputed** | | | $52,697.43 |
| **Potter Signal 5757 Phantom Drive St. Louis, MO 63042** | | **Goods provided to Debtor** | **Contingent Disputed** | | | $74,653.22 |
| **Pro-Tec Fire & Safety 3440 Pro-Tec Way Loganville, GA 30052** | | **Services provided to Debtor.** | **Contingent Disputed** | | | $80,188.00 |
| **Stentofon/Zenitel USA, Inc. 6119 Conneticut Avenue Kansas City, MO 06412** | | **Goods provided to Debtor** | **Contingent Disputed** | | | $29,361.42 |
| **Synovus Bank Credit Line 810 South Park St Carrollton, GA 30117** | | **Line of Credit.** | **Contingent Disputed** | | | $97,938.32 |
| **Systems Distributors 1301 Bombay Lane Roswell, GA 30077** | | **Goods provided to Debtor** | **Contingent Disputed** | | | $23,514.96 |
| **Unique Funding 2715 Coney Island Avenue Brooklyn, NY 11235** | | **Some or all of the Debtor's account receivable.** | **Contingent Disputed** | | | $101,293.50 |
| **XTRALIS INC 175 BODWELL ST AVON, MA 02322** | | **Goods provided to Debtor** | **Contingent Disputed** | | | $64,115.14 |

Aaron Warren
35 Country Valley Dr
Carrollton, GA 30117


Accu-Tech Corporation
660 Hembree Pkwy
Roswell, GA 30076


Advantage Electronics, Inc.
1020 Edgemoor Road
Clinton, TN 37716


Aerotek, Inc.
7301 Parkway Drive South
Hanover, MD 21076


Agrimerica
2904 Highway 27 South
Carrollton, GA 30117


Ahern Rentals
P.O. Box 271390
Las Vegas, NV 89127-1390


Alabama Department of Revenue
Sales and Use Tax Division
Montgomery, AL 36132-7790


Alabama Power
P.O. Box 242
Birmingham, AL 35292


Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chargin Blvd., Suite 207
Beachwood, OH 44122

Alere Toxicology
P.O. Box 536506
Pittsburgh, PA 15253-5907


Alliance Wire & Cable, Ltd.
1665 Lakes Parkway
Lawrenceville, GA 30043


Allied Electronics
7151 Jack Newell Blvd. S.
Fort Worth, TX 76118


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948


Andrew Echols
3706 Scarlet Dr
Douglasville, GA 30135


Anixter Inc.
P.O. Box 847428
Dallas, TX 75284


Assoc. Builders and Cont.
Alabama Chapter
1830 28th Avenue South
Birmingham, AL 35209


Barry Thomas
12310 McMath Trail
McCalla, AL 35111


Batteries Plus Bulbs
BPB Company Store
Chicago, IL 60673-1293

```
Battery Sales & Serv. of Atl.
384 Maxham Road
Austell, GA 30168



BB&T
P.O. Box 580340
Charlotte, NC 28258-0340



BBC Systems, Inc.
P.O. Box 97
Capshaw, AL 35742



Blackwell, Charles
263 Old Five Notch Road
Whitesburg, GA 30185-2360



Bosch Security Systems, Inc.
33902 Treasury Center
Chicago, IL 60694-3900



Brandon Webb
73 Azalea Dr
Villa Rica, GA 30180



C & C Fabrication
105 Battey Street
Carrollton, GA 30117



Cad Girl Designs, LLC
167 Danburg Ct.
Jasper, GA 30143



Cambridge Security Seals
One Cambridge Plaza
Pomona, NY 10970
```

Capital One Spark Business
P.O. Box 71083
Charlotte, NC 28272


Carrollton Office Equipment
104 Pine Knoll Dr.
Carrollton, GA 30117


Chad Mayfield
104 Double D Rd
Temple, GA 30179


Chad South
143 Forest Hill Rd
Bowdon, GA 30108


Charter Communications
P.O. Box 742614
Cincinnati, OH 45274-2614


Chase Williams
663 Old Carrollton Rd
Roopville, GA 30170


Chris Blackwell
263 Old Five Knotch Rd
Whitesburg, GA 30185


Chris Gray
8317 Whispering Lane
Cottondale, AL 35453


Christopher Watts
284 Newnan St, Apt 4
Franklin, GA 30217

City Electric
P.O. Box 71465
North Charleston, SC 29415


City of Pelham
3111 Cummings Street
Pelham, AL 35124


Claire Austin
1381 County Rd 103
Woodland, AL 36280


CMS
P.O. Box 871874
Kansas City, MO 64187-1874


Compliance Group, LLC
Philip Kowalske
2669 Ridgwood Drive
Marietta, GA 30066


Consulting Construction Eng.
110 12th St. North, Suite 150
Birmingham, AL 35202


Cornerstone Control Systems.
5600 Oakbrook Pkwy.
Norcross, GA 30093


Dean Jones
31 Academy St
Springville, AL 35146


Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275

DIXIE PRINTING CO, INC
3280 HUMPHRIES HILL ROAD
Austell, GA 30106


Dyatech
381 Highland Colony Pkwy
Ridgeland, MS 39157


EDGE Fire Protection, Inc.
7 Monroe Dr
Pelham, AL 35124


Eldeco, Inc.
5751 Augusta Road
Greenville, SC 29605


Energy Systems Southeast, LLC
3235 Veterans Circle
Birmingham, AL 35235


Everest Business Funding
2001 NW 107 Ave. Suite 300
Miami, FL 33172


Fire & Building Assoc., Inc.
P.O. Box 1668
Gardendale, AL 35071


Fire Systems Inc
4700 Highlands Parkway
Smyrna, GA 30082


Florida Department of Revenue
180 Interstate N Pkwy #450
Atlanta, GA 30339

Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Forward Funding
100 Summer Street
Suite 1174
Boston, MA 02110


Frank S. Brush
2221 Hunters Cove
Birmingham, AL 35216


Fred Pryor Seminars
P.O. Box 171315
Kansas City, KS 66117


GAFSED
P.O. Box 345
Elberton, GA 30635


Gentle Turner Sexton & Habbiso
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244


Georgia Department of Revenue
P.O. Box 740321
Atlanta, GA 30374-0321


Getz Fire Equipment
P.O. Box 419
Peoria, IL 61651-0419


GHD Inc.
Dept. LA 23922
Pasadena, CA 91185-3922

GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143


Grainger Inc.
2000 S Braymore Dr
Palatine, IL 60038-0001


Greg Cheeks
4079 Franklin Pkwy
Franklin, GA 30217


Guardian Safety Sol. Inter.
8701 Carpenter Freeway
Suite 230
Dallas, TX 75247


HD Supply Co.
1872 Marietta Blvd.
Atlanta, GA 30318


Home Depot
P.O. Box 790340
St. Louis, MO 63179-0340


Honeywell Fire Systems US
12 Clintonville Rd
Northford, CT 06472


Inter. Fire Protection Inc.
243 Royal Dr
Madison, AL 35758


Interstate All Battery Center
5886 Wendy Bagwell Parkway
Hiram, GA 30141

J & K
18 N. Main St
P.O. BOX 129
Graysville, AL 35073


James Johnson
171 Misty Ridge Pt
Hiram, GA 30141


Jason Cole
436 Sunset Lake Circle
Chelsea, AL 35043


JMAC
333 W. Merrick Rd. Unit 4
Valley Stream, NY 11580


Johnson Controls, Inc.
1350 Northmeadow Pkwy., #100
Roswell, GA 30076


Josh Gosdin
115 W Honeysuckle Lane
Carrollton, GA 30116


Kenny Patterson
2084 County Rd 71
Heflin, AL 36264


L & J Fire Equipment
953 NE Osceola Ave.
Ocala, FL 34470


Lafon & Hall (SDI)
1301 Bombay Lane
Roswell, GA 30077

Light Engin. Displays, Inc.
109 Portwatch Way
Wilmington, NC 28412


Lisa Bush
211 Providence Rd
Carrollton, GA 30116


Marathon Electrical Cont., Inc
2830 Commerce Blvd
Irondale, AL 35210


Mark Clayton
P.O. Box 40
Bowdon Junction, GA 30109


MassMutual
Retirement Services
P.O. Box 1583
Hartford, CT 06144-1583


Monaco Enterprises, Inc.
P.O. Box 14129
Spokane Valley, WA 99214


Mullins Electrical, LLC
568 Asa Cash Rd
Bremen, GA 30110


Nichols Fire & Security, LLC.
1906 Vanderhorn
Memphis, TN 38134


Oracle Elevator Company
1807 1st Aveneu
Columbus, GA 31901

Patrick Houston
328 Deyo St
Anniston, AL 36201


Potter Signal
5757 Phantom Drive
St. Louis, MO 63042


Pro-Tec Fire & Safety
3440 Pro-Tec Way
Loganville, GA 30052


Radius Global Solutions
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439-0916


Resitech Wire and Cable
Suite 640
2150 Boggs Rd
Duluth, GA 30096


Rick Jones
115 Legacy Ridge W
Springville, AL 35146


Robinson's Electric
125 Levi Patterson Road
Waco, GA 30182


RYBB
787 Glendale Ln
Orange Park, FL 32065


ScanSource Networking and Sec.
6 Logue Ct.
Greenville, SC 29615

Scott Evans Nissan
725 Bankhead Highway
Carrollton, GA 30117


Semi Gas- Applied Energy Sys
180 Quaker Lane
Malvern, PA 19355


SERVPRO of Birmingham
PO Box 1327
Pelham, AL 35124


Shelby County - Property Tax
Property Tax Commissioner
P.O. Box 1298
Columbiana, AL 35051


Shooter Detection Systems
300 Newburyport Turnpike
Rowley, MA 01969


SimplexGrinnell
50 Technology Drive
Westminster, MA 01441


Software House
P.O.Box 281021
Atlanta, GA 30384-1021


Southeastern System Tech.
P.O. Box 780
Baxley, GA 31515


Southern Fire & Controls, Inc.
P.O. Box 370
Hogansville, GA 30230

Space Age Electronics
58 Chocksett Road
Sterling, MA 01564


Standard
P.O. Box 645311
Cincinnati, OH 45264-5311


Stentofon/Zenitel USA, Inc.
6119 Conneticut Avenue
Kansas City, MO 06412


Synovus Bank Credit Line
810 South Park St
Carrollton, GA 30117


Systems Distributors
1301 Bombay Lane
Roswell, GA 30077


TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243-9517


TEG Lease
1343 Owenby Drive
Marietta, GA 30066


Telular Corporation
Dept CH 17694
3225 Cumberland Blvd SE
Palatine, IL 60055-7694


The Systems Depot, Inc.
P.O. Box 200
Hickory, NC 28603

Tisinger Vance, P.C.
100 Wagon Yard Plaza
Carrollton, GA 30117


Trash Taxi
656 Stuart Lane
Pelham, AL 35124


TRI-ED/ANIXTER
3625 Cincinnati Avenue
Rocklin, CA 09576


ULINE
ATTN:ACCOUNTS RECEIVABLE
P.O. Box 88741
CHICAGO, IL 06068-0174


Unique Funding
2715 Coney Island Avenue
Brooklyn, NY 11235


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Windy City Wire
29066 Network Place
Chicago, IL 60672-1290


XTRALIS INC
175 BODWELL ST
AVON, MA 02322

# United States Bankruptcy Court
### Northern District of Georgia

In re    **Blackwater Technologies, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Blackwater Technologies, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charles C. Blackwell**
**263 Old Five Notch Road**
**Whitesburg, GA 30185**

**David R. Munro**
**763 Wantland Road**
**Bowdon, GA 30108**

☐ None [*Check if applicable*]

November 12, 2020

Date

/s/ J. Nevin Smith

**J. Nevin Smith 661110**

Signature of Attorney or Litigant

Counsel for    **Blackwater Technologies, Inc.**

**SMITH CONERLY LLP**
**402 Newnan Street**
**Carrollton, GA 30117**
**770-834-1160 Fax:770-834-1190**
**awilson@smithconerly.com**