**Fill in this information to identify the case:**

Debtor name    **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **20-11518**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2020**        X /s/ Charles C. Blackwell
_____       _____
                                       Signature of individual signing on behalf of debtor

                                       **Charles C. Blackwell**
                                       _____
                                       Printed name

                                       **CEO**
                                       _____
                                       Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **20-11518**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................    $                **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................................    $      **478,174.11**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................................    $      **478,174.11**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **112,799.49**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **78,211.65**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **2,050,628.73**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b                    $    **2,241,639.87**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **20-11518**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $413.94 |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Community Bank, Operating Account** | **Checking** | **1921** | $75,060.05 |
| 3.2. | **United Community Bank, Payroll Account** | **Checking** | **1947** | $10,686.35 |
| 3.3. | **United Community Bank, Tax Account 1939** | **Checking** | **1939** | $20,721.74 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | | $106,882.08 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor   **Blackwater Technologies, Inc.**                          Case number *(If known)*  **20-11518**
_____Name_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.                    See Attached Exhibit "A"

**11.     Accounts receivable**

11a. 90 days old or less:                **132,737.78**   -              **0.00**   = ....           **$132,737.78**
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:                     **9,576.15**   -              **0.00**   =....              **$9,576.15**
                          face amount            doubtful or uncollectible accounts

**12.     Total of Part 3.**                                                            | $142,313.93 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.     Raw materials** | | | | |
| **20.     Work in progress** | | | | |
| **21.     Finished goods, including goods held for resale** | | | | |
| **22.     Other inventory or supplies** See attached, Exhibit "B" | 2/19/2019 | $0.00 | Debtor Estimate | $15,761.25 |

**23.     Total of Part 5.**                                                            | $15,761.25 |
Add lines 19 through 22.  Copy the total to line 84.

**24.     Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.     Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

**26.     Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor   **Blackwater Technologies, Inc.**                                      Case number *(If known)*  **20-11518**
         Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**2- Desks  $961.10**<br>**1 -Set of 4 Folding Tables and Chairs $125.00**<br>**1 -Conference Table with Chairs $475.00**<br>**3 -Bookcases $105.00**<br>**1 -Set of 6 Wooden Desks from Auction $135.00**<br>**5 -Metal Filing Cabinets $45.00**<br>**1 -30x60 Desk $112.00**<br>**3 -36x72 Desk $157.50**<br>**6 -Executive Desks $405.00**<br>**4 -Small Work Desk $90.00** | **$0.00** | **Debtor Estimate** | **$2,610.60** |
| | **Office Equipment List Exhibit "C"** | **$0.00** | **Debtor Estimate** | **$6,594.65** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

42.      **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                                          | **$9,205.25** |
         Add lines 39 through 42.  Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Blackwater Technologies, Inc.** | | Case number *(If known)* **20-11518** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| 47.1. | **2018 GMC Sierra 2500 HD**<br>**1GT12UEY4JF249274** | $0.00 | Debtor Estimate | $60,500.00 |
|---|---|---|---|---|

| 47.2. | **2014 Ford E250 1FTNE2EL2EDA45270**<br>**$10,000.00**<br>**2015 Ford TransitC**<br>**NM0LS7E7XF1183574 $12,500.00**<br>**2003 Chevy Express Van**<br>**1GCGG25U431237445 $3,000.00**<br>**2012 Ford Transit NM0LS7AN3CT122801**<br>**$3,500.00**<br>**2012 Ford Transit NM0LS7AN0CT123100**<br>**$3,500.00**<br>**2012 Ford Transit NM0LS7AN2CT123101**<br>**$3,500.00**<br>**2012 Chevy Colorado**<br>**1GCCSBF97C8140478 $7,000.00**<br>**2012 Chevy Colorado**<br>**1GCCSBF96C8119184 $7,000.00**<br>**2013 Ford Transit NM0LS7CN7DT161972**<br>**$6,500.00**<br>**2013 Ford Transit NM0LS7CN1DT159215**<br>**$6,500.00**<br>**2013 Ford Transit NM0LS7CN8DT175203**<br>**$6,500.00** | $0.00 | Debtor Estimate | $69,500.00 |
|---|---|---|---|---|

| 47.3. | **2015 GMC 1500 Sierra**<br>**1FMCU0G93GUA54526 $26,500.00**<br>**2016 GMC Canyon**<br>**1GTH5BEA7G1223707 $13,500.00** | $0.00 | Debtor Estimate | $40,000.00 |
|---|---|---|---|---|

| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 48.1. | **Black Box Trailor, $1,100.00**<br>**6' x 12' Trailor, $3,500.00** | $0.00 | Debtor Estimate | $4,600.00 |

| **49.** | **Aircraft and accessories** | | | |
|---|---|---|---|---|

| **50.** | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Sprinkler equipment, $5,587.60**<br>**Forklift, $2,125.00**<br>**Other-tools, $21,699.00** | $0.00 | Debtor Estimate | $29,411.60 |
|---|---|---|---|---|

| **51.** | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | $204,011.60 |
|---|---|---|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Blackwater Technologies, Inc.**

Name    Case number *(If known)* **20-11518**

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

 ■ No. Go to Part 10.
 ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No. Go to Part 11.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.blackwater-tech.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer List | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

 Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ■ No
 ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ■ No
 ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ■ No. Go to Part 12.
 ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Blackwater Technologies, Inc.**                                  Case number *(If known)* **20-11518**
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $106,882.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $142,313.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,761.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,205.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $204,011.60 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $478,174.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $478,174.11 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-11518**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   GM Financial**<br>Creditor's Name<br><br>**P.O. Box 78143**<br>**Phoenix, AZ 85062-8143**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2018 GMC Sierra 2500 HD**<br>**1GT12UEY4JF249274** | **$63,957.49** | **$60,500.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2   Wells Fargo**<br>Creditor's Name<br><br>**P.O. Box 17900**<br>**Denver, CO 80217-0900**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2015 GMC 1500 Sierra 1FMCU0G93GUA54526**<br>**$26,500.00**<br>**2016 GMC Canyon 1GTH5BEA7G1223707**<br>**$13,500.00** | **$48,842.00** | **$40,000.00** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**4196**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check that apply

Debtor    **Blackwater Technologies, Inc.**

Name

Case number (*if known*)    **20-11518**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

☐ Unliquidated

■ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$112,799.49**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name   **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-11518**

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,819.33** | **$5,385.02** |

**2.1**

Priority creditor's name and mailing address
**Alabama Department of Revenue
Sales and Use Tax Division
Montgomery, AL 36132-7790**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Total claim **$5,819.33**     Priority amount **$5,385.02**

Date or dates debt was incurred

Basis for the claim:
**Sales tax.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2**

Priority creditor's name and mailing address
**Florida Department of Revenue
180 Interstate N Pkwy #450
Atlanta, GA 30339**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Total claim **$89.87**     Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Blackwater Technologies, Inc. | Case number (if known) | 20-11518 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,147.01 | $57,610.36 |
|---|---|---|---|---|

**Georgia Department of Revenue**
P.O. Box 740321
Atlanta, GA 30374-0321

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll tax.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.44 | Unknown |
|---|---|---|---|---|

**Shelby County - Property Tax**
Property Tax Commissioner
P.O. Box 1298
Columbiana, AL 35051

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,026.32 |
|---|---|---|---|

**Aaron Warren**
35 Country Valley Dr
Carrollton, GA 30117

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/2019

Basis for the claim:  **Nonpriority wages or employee benefits.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,905.29 |
|---|---|---|---|

**Accu-Tech Corporation**
660 Hembree Pkwy
Roswell, GA 30076

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods provided to Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,863.54 |
|---|---|---|---|

**Advantage Electronics, Inc.**
1020 Edgemoor Road
Clinton, TN 37716

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods provided to Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Blackwater Technologies, Inc.** | | Case number (if known) | **20-11518** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Aerotek, Inc.
7301 Parkway Drive South
Hanover, MD 21076

Date(s) debt was incurred  8/2017

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Claim for breach of contract.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$893.44**

Agrimerica
2904 Highway 27 South
Carrollton, GA 30117

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$7,109.47**

Ahern Rentals
P.O. Box 271390
Las Vegas, NV 89127-1390

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$2,978.55**

Alabama Power
P.O. Box 242
Birmingham, AL 35292

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$181.61**

Alere Toxicology
P.O. Box 536506
Pittsburgh, PA 15253-5907

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$7,134.04**

Alliance Wire & Cable, Ltd.
1665 Lakes Parkway
Lawrenceville, GA 30043

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$228.99**

Allied Electronics
7151 Jack Newell Blvd. S.
Fort Worth, TX 76118

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | | Case number (if known) | **20-11518** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ally Financial**
P.O. Box 9001948
Louisville, KY 40290-1948

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Possible deficiency of repossessed vehicles.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$283.74**

**Andrew Echols**
3706 Scarlet Dr
Douglasville, GA 30135

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2019

Last 4 digits of account number ___

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,490.08**

**Anixter Inc.**
P.O. Box 847428
Dallas, TX 75284

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,376.00**

**Assoc. Builders and Cont.**
Alabama Chapter
1830 28th Avenue South
Birmingham, AL 35209

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,450.00**

**Atlas Acquisitions, LLC**
294 Union St.
Hackensack, NJ 07601

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/30/2018

Last 4 digits of account number ___

Basis for the claim:  **Business loan.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$969.24**

**Barry Thomas**
12310 McMath Trail
McCalla, AL 35111

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2019

Last 4 digits of account number ___

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,160.12**

**Batteries Plus Bulbs**
BPB Company Store
Chicago, IL 60673-1293

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,609.00** |
|---|---|---|---|

**Battery Sales & Serv. of Atl.**
**384 Maxham Road**
**Austell, GA 30168**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,377.44** |
|---|---|---|---|

**BB&T**
**P.O. Box 580340**
**Charlotte, NC 28258-0340**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consumer charge card account.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,374.32** |
|---|---|---|---|

**BB&T**
**P.O. Box 580340**
**Charlotte, NC 28258-0340**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consumer charge card account.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.67** |
|---|---|---|---|

**BBC Systems, Inc.**
**P.O. Box 97**
**Capshaw, AL 35742**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,841.54** |
|---|---|---|---|

**Bosch Security Systems, Inc.**
**33902 Treasury Center**
**Chicago, IL 60694-3900**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$724.02** |
|---|---|---|---|

**Brandon Webb**
**73 Azalea Dr**
**Villa Rica, GA 30180**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  2/2019**

**Last 4 digits of account number** _

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,345.00** |
|---|---|---|---|

**C & C Fabrication**
**105 Battey Street**
**Carrollton, GA 30117**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Blackwater Technologies, Inc. | | Case number (if known) | 20-11518 |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Cad Girl Designs, LLC**
**167 Danburg Ct.**
**Jasper, GA 30143**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.84**

**Cambridge Security Seals**
**One Cambridge Plaza**
**Pomona, NY 10970**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,275.63**

**Capital One Spark Business**
**P.O. Box 71083**
**Charlotte, NC 28272**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2890**

Basis for the claim:  **Consumer charge card account.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,747.55**

**Capital One Spark Business**
**P.O. Box 71083**
**Charlotte, NC 28272**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3190**

Basis for the claim:  **Consumer charge card account.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,954.53**

**Carrollton Office Equipment**
**104 Pine Knoll Dr.**
**Carrollton, GA 30117**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.84**

**Chad Mayfield**
**104 Double D Rd**
**Temple, GA 30179**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number _

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.55**

**Chad South**
**143 Forest Hill Rd**
**Bowdon, GA 30108**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number _

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Chad South's info

Chad South
143 Forest Hill Rd
Bowdon, GA 30108

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

$1,558.13

---

**3.33** | Nonpriority creditor's name and mailing address

Charles Blackwell
263 Old Five Notch Road
Whitesburg, GA 30185-2360

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured loan.**

Is the claim subject to offset? ☑ No ☐ Yes

$41,592.78

---

**3.34** | Nonpriority creditor's name and mailing address

Charles Blackwell
263 Old Five Notch Rd
Whitesburg, GA 30185

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

$4,252.46

---

**3.35** | Nonpriority creditor's name and mailing address

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274-2614

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

$468.35

---

**3.36** | Nonpriority creditor's name and mailing address

Chase Williams
663 Old Carrollton Rd
Roopville, GA 30170

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

$7.25

---

**3.37** | Nonpriority creditor's name and mailing address

Chris Gray
8317 Whispering Lane
Cottondale, AL 35453

Date(s) debt was incurred  **2/26/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

$95.68

---

**3.38** | Nonpriority creditor's name and mailing address

Christopher Watts
284 Newnan St, Apt 4
Franklin, GA 30217

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

$256.75

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,438.19 |
|---|---|---|---|

**City Electric**
P.O. Box 71465
North Charleston, SC 29415

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.70 |
|---|---|---|---|

**City of Pelham**
3111 Cummings Street
Pelham, AL 35124

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.05 |
|---|---|---|---|

**Claire Austin**
1381 County Rd 103
Woodland, AL 36280

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.10 |
|---|---|---|---|

**Claire Austin**
1381 County Rd 103
Woodland, AL 36280

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.00 |
|---|---|---|---|

**Compliance Group, LLC**
Philip Kowalske
2669 Ridgwood Drive
Marietta, GA 30066

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,950.00 |
|---|---|---|---|

**Consulting Construction Eng.**
110 12th St. North, Suite 150
Birmingham, AL 35202

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,278.98 |
|---|---|---|---|

**Cornerstone Control Systems.**
5600 Oakbrook Pkwy.
Norcross, GA 30093

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Blackwater Technologies, Inc.**
Name

Case number (if known)    **20-11518**

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.69 |
|---|---|---|---|

**Dean Jones**
**31 Academy St**
**Springville, AL 35146**

Date(s) debt was incurred _2/2019_

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.16 |
|---|---|---|---|

**Dean Jones**
**31 Academy St**
**Springville, AL 35146**

Date(s) debt was incurred _2/2019_

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,681.37 |
|---|---|---|---|

**Dell Business Credit**
**P.O. Box 5275**
**Carol Stream, IL 60197-5275**

Date(s) debt was incurred _____

Last 4 digits of account number _6_

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.67 |
|---|---|---|---|

**DIXIE PRINTING CO, INC**
**3280 HUMPHRIES HILL ROAD**
**Austell, GA 30106**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Dyatech**
**381 Highland Colony Pkwy**
**Ridgeland, MS 39157**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,185.50 |
|---|---|---|---|

**EDGE Fire Protection, Inc.**
**7 Monroe Dr**
**Pelham, AL 35124**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556,621.14 |
|---|---|---|---|

**Eldeco, Inc.**
**5751 Augusta Road**
**Greenville, SC 29605**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Claim for breach of contract.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.79** |
|---|---|---|---|

**Energy Systems Southeast, LLC**
3235 Veterans Circle
Birmingham, AL 35235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,740.00** |
|---|---|---|---|

**Fire & Building Assoc., Inc.**
P.O. Box 1668
Gardendale, AL 35071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$610.00** |
|---|---|---|---|

**Fire Systems Inc**
4700 Highlands Parkway
Smyrna, GA 30082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ford Credit**
P.O. Box 790093
Saint Louis, MO 63179-0093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible deficiency of repossessed vehicles.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,942.00** |
|---|---|---|---|

**Forward Funding**
100 Summer Street
Suite 1174
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2018**

Last 4 digits of account number _____

Basis for the claim:  **Business loan.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Frank S. Brush**
2221 Hunters Cove
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number _____

Basis for the claim:  **Rent for Alabama office.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Fred Pryor Seminars**
P.O. Box 171315
Kansas City, KS 66117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0509**

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**GAFSED**
P.O. Box 345
Elberton, GA 30635

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.50 |
|---|---|---|---|

**Gentle Turner Sexton & Habbiso**
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/2019**

Last 4 digits of account number  **1706;PPL**

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.24 |
|---|---|---|---|

**Getz Fire Equipment**
P.O. Box 419
Peoria, IL 61651-0419

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,477.50 |
|---|---|---|---|

**GHD Inc.**
Dept. LA 23922
Pasadena, CA 91185-3922

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.18 |
|---|---|---|---|

**Grainger Inc.**
2000 S Braymore Dr
Palatine, IL 60038-0001

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1972**

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.14 |
|---|---|---|---|

**Greg Cheeks**
4079 Franklin Pkwy
Franklin, GA 30217

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number _____

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $796.75 |
|---|---|---|---|

**Guardian Safety Sol. Inter.**
8701 Carpenter Freeway
Suite 230
Dallas, TX 75247

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,948.06** |
|---|---|---|---|

**HD Supply Co.**
**1872 Marietta Blvd.**
**Atlanta, GA 30318**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,151.13** |
|---|---|---|---|

**Home Depot**
**P.O. Box 790340**
**St. Louis, MO 63179-0340**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,333.09** |
|---|---|---|---|

**Honeywell Fire Systems US**
**12 Clintonville Rd**
**Northford, CT 06472**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2972**

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,661.60** |
|---|---|---|---|

**Honeywell Fire Systems US**
**12 Clintonville Rd**
**Northford, CT 06472**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,426.00** |
|---|---|---|---|

**Inter. Fire Protection Inc.**
**243 Royal Dr**
**Madison, AL 35758**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,162.55** |
|---|---|---|---|

**Interstate All Battery Center**
**5886 Wendy Bagwell Parkway**
**Hiram, GA 30141**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4026**

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,817.12** |
|---|---|---|---|

**J & K**
**18 N. Main St**
**P.O. BOX 129**
**Graysville, AL 35073**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$230.24** |
|---|---|---|---|

**James Johnson**
**171 Misty Ridge Pt**
**Hiram, GA 30141**

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$795.08** |
|---|---|---|---|

**Jason Cole**
**436 Sunset Lake Circle**
**Chelsea, AL 35043**

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,731.29** |
|---|---|---|---|

**Jason Cole**
**436 Sunset Lake Circle**
**Chelsea, AL 35043**

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,056.58** |
|---|---|---|---|

**JMAC**
**333 W. Merrick Rd. Unit 4**
**Valley Stream, NY 11580**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,336.44** |
|---|---|---|---|

**Johnson Controls, Inc.**
**1350 Northmeadow Pkwy., #100**
**Roswell, GA 30076**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.37** |
|---|---|---|---|

**Josh Gosdin**
**115 W Honeysuckle Lane**
**Carrollton, GA 30116**

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.40** |
|---|---|---|---|

**Kenny Patterson**
**2084 County Rd 71**
**Heflin, AL 36264**

Date(s) debt was incurred  2/2019

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☐ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Blackwater Technologies, Inc.** | | Case number (*if known*) | **20-11518** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,129.51** |
|---|---|---|---|

**L & J Fire Equipment**
**953 NE Osceola Ave.**
**Ocala, FL 34470**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8317_

Basis for the claim: **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,514.96** |
|---|---|---|---|

**Lafon & Hall (SDI)**
**1301 Bombay Lane**
**Roswell, GA 30077**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.25** |
|---|---|---|---|

**Light Engin. Displays, Inc.**
**109 Portwatch Way**
**Wilmington, NC 28412**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.23** |
|---|---|---|---|

**Lisa Bush**
**211 Providence Rd**
**Carrollton, GA 30116**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2/2019_

**Last 4 digits of account number** _

Basis for the claim: **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,697.43** |
|---|---|---|---|

**Marathon Electrical Cont., Inc**
**2830 Commerce Blvd**
**Irondale, AL 35210**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.75** |
|---|---|---|---|

**MassMutual**
**Retirement Services**
**P.O. Box 1583**
**Hartford, CT 06144-1583**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,150.00** |
|---|---|---|---|

**Monaco Enterprises, Inc.**
**P.O. Box 14129**
**Spokane Valley, WA 99214**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,658.56** |
|---|---|---|---|

**Mullins Electrical, LLC**
**568 Asa Cash Rd**
**Bremen, GA 30110**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,003.02** |
|---|---|---|---|

**Nichols Fire & Security, LLC.**
**1906 Vanderhorn**
**Memphis, TN 38134**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,791.70** |
|---|---|---|---|

**Oracle Elevator Company**
**1807 1st Aveneu**
**Columbus, GA 31901**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,130.56** |
|---|---|---|---|

**Patrick Houston**
**328 Deyo St**
**Anniston, AL 36201**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/2019

Last 4 digits of account number _

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,653.22** |
|---|---|---|---|

**Potter Signal**
**5757 Phantom Drive**
**St. Louis, MO 63042**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,188.00** |
|---|---|---|---|

**Pro-Tec Fire & Safety**
**3440 Pro-Tec Way**
**Loganville, GA 30052**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,231.15** |
|---|---|---|---|

**Resitech Wire and Cable**
**Suite 640**
**2150 Boggs Rd**
**Duluth, GA 30096**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address

**Rick Jones**
**115 Legacy Ridge W**
**Springville, AL 35146**

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,326.54**

---

**3.96** | Nonpriority creditor's name and mailing address

**Rick Jones**
**115 Legacy Ridge W**
**Springville, AL 35146**

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Nonpriority wages or employee benefits.**

Is the claim subject to offset? ☑ No ☐ Yes

**$781.19**

---

**3.97** | Nonpriority creditor's name and mailing address

**Robinson's Electric**
**125 Levi Patterson Road**
**Waco, GA 30182**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,000.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**RYBB**
**787 Glendale Ln**
**Orange Park, FL 32065**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,307.77**

---

**3.99** | Nonpriority creditor's name and mailing address

**ScanSource Networking and Sec.**
**6 Logue Ct.**
**Greenville, SC 29615**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,505.97**

---

**3.100** | Nonpriority creditor's name and mailing address

**Scott Evans Nissan**
**725 Bankhead Highway**
**Carrollton, GA 30117**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,771.12**

---

**3.101** | Nonpriority creditor's name and mailing address

**Semi Gas- Applied Energy Sys**
**180 Quaker Lane**
**Malvern, PA 19355**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

**$937.50**

---

| Debtor | Blackwater Technologies, Inc. | Case number (if known) | 20-11518 |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,158.00 |
|---|---|---|---|

**SERVPRO of Birmingham**
**PO Box 1327**
**Pelham, AL 35124**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Shooter Detection Systems**
**300 Newburyport Turnpike**
**Rowley, MA 01969**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,206.92 |
|---|---|---|---|

**SimplexGrinnell**
**50 Technology Drive**
**Westminster, MA 01441**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,309.24 |
|---|---|---|---|

**Software House**
**P.O.Box 281021**
**Atlanta, GA 30384-1021**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,954.38 |
|---|---|---|---|

**Southeastern System Tech.**
**P.O. Box 780**
**Baxley, GA 31515**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.56 |
|---|---|---|---|

**Southern Fire & Controls, Inc.**
**P.O. Box 370**
**Hogansville, GA 30230**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services provided to Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,627.55 |
|---|---|---|---|

**Space Age Electronics**
**58 Chocksett Road**
**Sterling, MA 01564**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __T301__

Basis for the claim: **Goods provided to Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Blackwater Technologies, Inc. | | Case number (if known) | 20-11518 |
|---|---|---|---|---|
| | Name | | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,089.84**

**Standard**
P.O. Box 645311
Cincinnati, OH 45264-5311

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **0001**

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,361.42**

**Stentofon/Zenitel USA, Inc.**
6119 Conneticut Avenue
Kansas City, MO 06412

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,938.32**

**Synovus Bank Credit Line**
810 South Park St
Carrollton, GA 30117

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **0001**

Basis for the claim:  **Line of Credit.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,514.96**

**Systems Distributors**
1301 Bombay Lane
Roswell, GA 30077

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**TD Auto Finance**
P.O. Box 16035
Lewiston, ME 04243-9517

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Possible deficiency of repossessed vehicles.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.59**

**TEG Lease**
1343 Owenby Drive
Marietta, GA 30066

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.50**

**Telular Corporation**
Dept CH 17694
3225 Cumberland Blvd SE
Palatine, IL 60055-7694

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **7261**

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blackwater Technologies, Inc.** | Case number (if known) | **20-11518** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,607.54** |
|---|---|---|---|

**The Systems Depot, Inc.**
P.O. Box 200
Hickory, NC 28603

Date(s) debt was incurred __
Last 4 digits of account number __0684__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods provided to Debtor__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,886.92** |
|---|---|---|---|

**Tisinger Vance, P.C.**
100 Wagon Yard Plaza
Carrollton, GA 30117

Date(s) debt was incurred __
Last 4 digits of account number __2938__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services provided to Debtor.__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$378.00** |
|---|---|---|---|

**Trash Taxi**
656 Stuart Lane
Pelham, AL 35124

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services provided to Debtor.__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,609.82** |
|---|---|---|---|

**TRI-ED/ANIXTER**
3625 Cincinnati Avenue
Rocklin, CA 09576

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods provided to Debtor__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.44** |
|---|---|---|---|

**ULINE**
ATTN:ACCOUNTS RECEIVABLE
P.O. Box 88741
CHICAGO, IL 06068-0174

Date(s) debt was incurred __
Last 4 digits of account number __4097__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods provided to Debtor__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,293.50** |
|---|---|---|---|

**Unique Funding**
2715 Coney Island Avenue
Brooklyn, NY 11235

Date(s) debt was incurred __8/16/2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business loan.__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,034.08** |
|---|---|---|---|

**UPS**
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred __
Last 4 digits of account number __A6X3__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services provided to Debtor.__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Blackwater Technologies, Inc. | Case number (if known) | 20-11518 |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,311.22 |
|---|---|---|---|

**Windy City Wire**
**29066 Network Place**
**Chicago, IL 60672-1290**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8510**

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,115.14 |
|---|---|---|---|

**XTRALIS INC**
**175 BODWELL ST**
**AVON, MA 02322**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods provided to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan C. Hochheiser**<br>**Maurice Wutscher LLP**<br>**23611 Chargin Blvd., Suite 207**<br>**Beachwood, OH 44122** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Radius Global Solutions**<br>**7831 Glenroy Road**<br>**Suite 250-A**<br>**Minneapolis, MN 55439-0916** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 78,211.65 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,050,628.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,128,840.38 |

**Fill in this information to identify the case:**

Debtor name    **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **20-11518**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Monitoring Service contract dated March 26, 2012.** |
| State the term remaining | |
| List the contract number of any government contract | **CMS**<br>**P.O. Box 871874**<br>**Kansas City, MO 64187-1874** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease, dated 11/15/2020  for commercial property located at 202/204/201 Deer Run Plaza, Bremen, Georgia, 30110.** |
| State the term remaining | **2/15/2023** |
| List the contract number of any government contract | **Mark Clayton**<br>**P.O. Box 40**<br>**Bowdon Junction, GA 30109** |

**Fill in this information to identify the case:**

Debtor name   **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **20-11518**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City   State   Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Blackwater Technologies, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **20-11518**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$369,784.28** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$1,847,615.33** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$6,046,396.18** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Blackwater Technologies, Inc.** | | Case number *(if known)* **20-11518** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ADI**<br>P.O. Box<br>Dallas, TX 75294-2496 | 08/17/2020<br>08/17/2020<br>08/17/2020<br>08/17/2020<br>08/18/2020<br>08/19/2020<br>08/26/2020<br>08/26/2020<br>08/27/2020<br>08/27/2020<br>08/27/2020<br>09/01/2020<br>09/11/2020<br>09/16/2020<br>09/22/2020<br>09/22/2020<br>09/22/2020<br>09/22/2020<br>09/28/2020<br>09/30/2020<br>10/05/2020<br>10/05/2020<br>10/25/2020<br>10/05/2020<br>10/27/2020<br>10/13/2020<br>10/13/2020<br>10/19/2020<br>10/22/2020<br>10/28/2020<br>10/28/2020<br>11/02/2020 | $12,542.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ADT**<br>PO BOX 219044<br>Kansas City, MO 64121 | 08/18/2020<br>08/21/2020<br>09/11/2020<br>10/12/2020<br>11/03/2020 | $16,152.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Associated Fire Wholesale Inc.**<br>3680 Hwy 76<br>Young Harris, GA 30582 | 08/18/2020<br>08/24/2020<br>10/07/2020<br>10/28/2020 | $10,436.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Cincinnati Insurance**<br>P.O. Box<br>Cincinnati, OH 45250-5620 | 08/17/2020<br>09/17/2020<br>10/14/2020 | $11,232.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Blackwater Technologies, Inc.**                                                          Case number (if known) **20-11518**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.5. | **CMS**<br>**P.O. Box 871874**<br>**Kansas City, MO 64187-1874** | **09/14/2020**<br>**10/16/2020** | **$7,442.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Fuelman**<br>**PO BOX 105080**<br>**Atlanta, GA 30348** | **08/17/2020**<br>**08/24/2020**<br>**08/31/2020**<br>**09/08/2020**<br>**09/14/2020**<br>**09/21/2020**<br>**09/28/2020**<br>**10/05/2020**<br>**10/12/2020**<br>**10/19/2020**<br>**10/26/2020**<br>**11/03/2020** | **$12,928.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Charles C. Blackwell**<br>**263 Old Five Notch Road**<br>**Whitesburg, GA 30185**<br>**CEO** | **11/13/2019-1**<br>**1/11/2020**<br>**02/03/2020,**<br>**04/09/2020,**<br>**11/09/2020** | **$114,241.28** | **Payroll, $102,102.78**<br>**Reimbursements, $12,138.50** |
| 4.2. | **Logan C. Blackwell**<br>**263 Old Five Notch Road**<br>**Whitesburg, GA 30185**<br>**Son of CEO/Shareholder** | **11/13/2019-1**<br>**1/11/2020** | **$33,121.17** | **Payroll** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor    **Blackwater Technologies, Inc.**                                    Case number *(if known)*  **20-11518**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Financial**<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | **2015 Chevy 2500 Cargo van<br>1GCWGFFF3F1103324<br>2015 Chevy Colorado<br>1GCHSAEA9F1176195<br>2017 Nissan NV200 3N6CM0KN8HK712090<br>2017 Nissan NV200 3N6CM0KNXHK712365<br>2017 Nissan NV200 3N6CM0KN1HK714456<br>2017 Nissan NV200 3N6CM0KN3HK713809<br>2017 Nissan Frontier 1N6AD0ER0HN767665<br>2017 Nissan Frontier 1N6AD0ER2HN768316<br>2017 Nissan NV2500 Cargo<br>1N6BF0KY1HN802286<br>2017 Nissan NV2500 Cargo<br>1N6BF0KY9HN802326** | **August 2020<br>& January<br>2020** | **Unknown** |
| **TD Auto Finance**<br>P.O. Box 16035<br>Lewiston, ME 04243-9517 | **2016 Ford Escape SE<br>1FMCU0G93GUA54526** | **August 2020** | **Unknown** |
| **Ford Credit**<br>P.O. Box 790093<br>Saint Louis, MO 63179-0093 | **2015 Ford Fusion  3FA6P0K90FR274234<br>2016 Ford Fusion S 3FA6P0G72GR363912** | **January 2020** | **Unknown** |
| **Graybar Financial Services**<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 | **AFL & Fluke Test Equipment** | **March 2020** | **Unknown** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Eldeco, Inc.<br>Plaintiff,<br>vs.<br>Blackwater Technologies, Inc.<br>Defendant.<br>47-CV-2020-901428** | **Civil** | **Circuit Court of Madison<br>County Alabama<br>100 Northside Square<br>Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ **None**

| Debtor | **Blackwater Technologies, Inc.** | Case number *(if known)* **20-11518** |
|---|---|---|

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SMITH CONERLY LLP**<br>**402 Newnan Street**<br>**Carrollton, GA 30117** | **Filing Fee** | **11/9/2020** | **$1,775.00** |
| | Email or website address<br>**awilson@smithconerly.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| Debtor | **Blackwater Technologies, Inc.** | Case number *(if known)* **20-11518** |
|---|---|---|

| | **Who received transfer?**<br>**Address** | **Description of property transferred or**<br>**payments received or debts paid in exchange** | **Date transfer**<br>**was made** | **Total amount or**<br>**value** |
|---|---|---|---|---|
| 13.1<br>. | **Scott Nerowski**<br>**160 Grady Avenue**<br>**Suite B**<br>**Fayetteville, GA 30214** | **2014 Chevy Silverado, $6,500.00**<br>**2014 Chevy Silverado, $6,500.00** | **2/1/2019** | **$13,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2<br>. | **Charles C. Blackwell**<br>**263 Old Five Notch Road**<br>**Whitesburg, GA 30185** | **2007 Swar Gooseneck Trailer** | **2/6/2019** | **$2,500.00** |
| | **Relationship to debtor**<br>**Insider** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | **Address** | **Dates of occupancy**<br>**From-To** |
|---|---|---|
| 14.1. | **270 Cable Industrial Blvd**<br>**Carrollton, GA 30117** | **04/01/2013-03/15/2020** |
| 14.2. | **300 Applegate Parkway**<br>**Pelham, AL 35124** | **01/01/2016-02/22/2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services**<br>**the debtor provides** | **If debtor provides meals**<br>**and housing, number of**<br>**patients in debtor's care** |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
   **profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.

Debtor    **Blackwater Technologies, Inc.**                                   Case number *(if known)*  **20-11518**

■ **Yes. Fill in below:**

| Name of plan | Employer identification number of the plan |
|---|---|
| **Mass Mutal (401K)** | EIN:  **840690** |

Has the plan been terminated?

☐ No

■ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Blackwater Technologies, Inc.** | Case number *(if known)* **20-11518** |
|---|---|---|

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Marshall Jones**<br>**3097 E Shadowlawn Ave NE**<br>**Atlanta, GA 30305** | **2016-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Blackwater Technologies, Inc. | Case number *(if known)* | 20-11518 |

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles C. Blackwell | 263 Old Five Notch Road Whitesburg, GA 30185 | CEO and CFO | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David R. Munro | 783 Wantland Road Bowdon, GA 30108 | Shareholder | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Charles C. Blackwell 263 Old Five Notch Road Whitesburg, GA 30185 | Payroll, $102,102.78 Reimbursements, $12,138.50 | 11/13/2019-11/11/2020 02/03/2020, 04/09/2020, 11/09/2020 | Salary and reimbursement from Blackwater Technologies, Inc. |
| | Relationship to debtor CEO | | | |
| 30.2. | Logan C. Blackwell 263 Old Five Notch Road Whitesburg, GA 30185 | Payroll, $33,121.17 | 11/13/2019-11/11/2020 | Payroll |
| | Relationship to debtor Son of Shareholder/CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Blackwater Technologies, Inc.**                                                   Case number *(if known)*  **20-11518**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 23, 2020**

**/s/ Charles C. Blackwell**                                          **Charles C. Blackwell**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re  **Blackwater Technologies, Inc.**  _____   Case No.   **20-11518**
_____   Chapter   **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................   $ _____   **0.00**

    Prior to the filing of this statement I have received .........................   $ _____   **0.00**

    Balance Due ......................................................................................   $ _____   **0.00**

2.  $ **1,717.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☐ Debtor       ■ Other (specify):   **Debtor has agreed to pay the fees and expenses of its counsel which are
    approved from time to time by the court.**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors and prosecution of plan of reorganization.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 23, 2020**
_____
_Date_

**/s/ J. Nevin Smith**
_____
**J. Nevin Smith 661110**
_Signature of Attorney_
**SMITH CONERLY LLP**
**402 Newnan Street**
**Carrollton, GA 30117**
**770-834-1160  Fax: 770-834-1190**
**awilson@smithconerly.com**
_____
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Blackwater Technologies, Inc.**

Debtor(s)

Case No.   **20-11518**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles C. Blackwell**<br>**263 Old Five Notch Road**<br>**Whitesburg, GA 30185** | | | **50%** |
| David R. Munro<br>763 Wantland Road<br>Bowdon, GA 30108 | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 23, 2020**

Signature   **/s/ Charles C. Blackwell**

**Charles C. Blackwell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Blackwater Technologies, Inc.**                                   Case No.   **20-11518**
                                           Debtor(s)            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 23, 2020**                **/s/ Charles C. Blackwell**
                                          **Charles C. Blackwell**/CEO
                                          Signer/Title

### United States Bankruptcy Court
#### Northern District of Georgia

| In re | Blackwater Technologies, Inc. | | Case No. | 20-11518 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Charles C. Blackwell**, declare under penalty of perjury that I am the **CEO** of **Blackwater Technologies, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **11th** day of November, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles C. Blackwell**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles C. Blackwell**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles C. Blackwell**, **CEO** of this Corporation is authorized and directed to employ **J. Nevin Smith 661110**, attorney and the law firm of **SMITH CONERLY LLP** to represent the corporation in such bankruptcy case."

| Date | **November 19, 2020** | Signed | **/s/ Charles C. Blackwell** |
|---|---|---|---|
| | | | **Charles C. Blackwell** |

Resolution of Board of Directors
of
**Blackwater Technologies, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles C. Blackwell, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles C. Blackwell, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles C. Blackwell, CEO** of this Corporation is authorized and directed to employ **J. Nevin Smith 661110**, attorney and the law firm of **SMITH CONERLY LLP** to represent the corporation in such bankruptcy case.

Date  **November 19, 2020**

Signed

12:52 PM

11/03/20

**Blackwater Technologies, Inc.**

Exhibit "A"

## A/R Aging Summary

As of November 3, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **20 Midtown** | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| | | | | | | |
| **4AM Coffee Roasters** | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| **Acclaim Lighting** | 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **B&B Contracting** | 0.00 | 0.00 | 0.00 | 0.00 | 1,207.15 | 1,207.15 |
| **Birmingham Physicians' Imaging** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **CBRE-Nashville** | | | | | | |
| ONE BELLVUE PLACE ULTA BEAUTY | 0.00 | 595.00 | 0.00 | 0.00 | 0.00 | 595.00 |
| | | | | | | |
| **Total CBRE-Nashville** | 0.00 | 595.00 | 0.00 | 0.00 | 0.00 | 595.00 |
| | | | | | | |
| **Cecil Lawrence** | | | | | | |
| Old Bank Building | 180.50 | 0.00 | 0.00 | 0.00 | 0.00 | 180.50 |
| | | | | | | |
| **Total Cecil Lawrence** | 180.50 | 0.00 | 0.00 | 0.00 | 0.00 | 180.50 |
| | | | | | | |
| **Cintas Inc** | | | | | | |
| Auto Zone | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.00 |
| Baker Distributing | 127.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 |
| Bimbo's Bakeries | 183.50 | 0.00 | 0.00 | 0.00 | 0.00 | 183.50 |
| Books-A-Million | 79.75 | 0.00 | 0.00 | 0.00 | 0.00 | 79.75 |
| Buffalo Wild Wings | 499.00 | 0.00 | 0.00 | 0.00 | 0.00 | 499.00 |
| Chili's | 363.50 | 0.00 | 0.00 | 0.00 | 0.00 | 363.50 |
| Chipotle | 422.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.00 |
| Circle K | 157.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| Courtyard Marriott Birmingham Hoover | 493.00 | 0.00 | 0.00 | 0.00 | 0.00 | 493.00 |
| Courtyard Trussville | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| CubeSmart | 188.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.00 |
| CVS | 0.00 | 1,651.00 | 0.00 | 0.00 | 54.00 | 1,705.00 |
| Direct Supply | 1,768.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,768.00 |
| Evoqua | 166.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.00 |
| Ferguson | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| Hilton Garden Inn | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Home Depot | 1,188.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,188.00 |
| Homewood Suites | 214.00 | 0.00 | 0.00 | 0.00 | 0.00 | 214.00 |
| Joerns Healthcare | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |
| Kohl's | 0.00 | 135.00 | 0.00 | 0.00 | 0.00 | 135.00 |
| Longhorn | 128.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128.00 |
| PetSmart | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| PNC Banks | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| Red Lobster | 143.50 | 0.00 | 0.00 | 0.00 | 0.00 | 143.50 |
| Republic BFI Waste Services | 2,570.50 | 8.00 | 0.00 | 0.00 | 0.00 | 2,578.50 |
| Ross Stores | 181.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.00 |
| Schnitzer Steel | 1,708.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,708.00 |
| Speedway | 118.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118.00 |
| Top Golf | 0.00 | 0.00 | 297.50 | 0.00 | 0.00 | 297.50 |

12:52 PM

11/03/20

**Blackwater Technologies, Inc.**
## A/R Aging Summary
As of November 3, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Walgreen's | 115.00 | 0.00 | 35.00 | 0.00 | 0.00 | 150.00 |
| Zaxby's | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| **Total Cintas Inc** | 11,286.75 | 1,919.00 | 332.50 | 0.00 | 54.00 | 13,592.25 |
| **Consolidated Fire Protection** | | | | | | |
| Advance Auto | 0.00 | 216.40 | 0.00 | 0.00 | 0.00 | 216.40 |
| AMC Theatres | 3,291.10 | 930.50 | 210.00 | 0.00 | 0.00 | 4,431.60 |
| Bed Bath & Beyond | 489.20 | 0.00 | 0.00 | 0.00 | 0.00 | 489.20 |
| Big Lots | 10,717.98 | 415.00 | 0.00 | 0.00 | 0.00 | 11,132.98 |
| Check N Go | 0.00 | 38.00 | 0.00 | 0.00 | 0.00 | 38.00 |
| Extended Stay America | 0.00 | 335.00 | 0.00 | 0.00 | 0.00 | 335.00 |
| Rue21 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| Urban Outfitters | 334.00 | 0.00 | 0.00 | 0.00 | 0.00 | 334.00 |
| USAFB | 115.20 | 0.00 | 0.00 | 0.00 | 0.00 | 115.20 |
| **Total Consolidated Fire Protection** | 14,947.48 | 1,974.90 | 210.00 | 0.00 | 0.00 | 17,132.38 |
| **CrossFit IV Gym** | 0.00 | 0.00 | 85.00 | 0.00 | 0.00 | 85.00 |
| **CSX** | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| **DRA CLP Colonnade/CBRE** | 0.00 | 270.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| **Emory University** | | | | | | |
| Hospital | 8,334.00 | 9,933.00 | 320.00 | 0.00 | 0.00 | 18,587.00 |
| Rehab | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Towers | 381.00 | 0.00 | 0.00 | 0.00 | 0.00 | 381.00 |
| **Total Emory University** | 8,865.00 | 9,933.00 | 320.00 | 0.00 | 0.00 | 19,118.00 |
| **Estes Sports LLC** | | | | | | |
| D-BATS SW | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| **Total Estes Sports LLC** | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| **First Baptist Church Mt. Olive** | 0.00 | 601.00 | 0.00 | 0.00 | 0.00 | 601.00 |
| **Four Rivers Smokehouse of Atlanta** | | | | | | |
| Four Rivers Smokehouse-Monitor | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Total Four Rivers Smokehouse of Atlanta** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Fresenius Kidney Care W Georgia** | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| **Fresenius Medical Center - Oak Mountain** | 0.00 | 0.00 | 315.00 | 0.00 | 0.00 | 315.00 |
| **GCP** | | | | | | |
| GCP SCP I, LLC | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Total GCP** | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Gooch Family Dental** | 0.00 | 595.00 | 0.00 | 0.00 | 0.00 | 595.00 |
| **Guzzler Manufacturing Inc.** | 0.00 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |

12:52 PM

11/03/20

# Blackwater Technologies, Inc.
## A/R Aging Summary
### As of November 3, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **GVRA - Roosevelt** | | | | | | |
| Cave Springs Center | 0.00 | 1,246.00 | 0.00 | 0.00 | 0.00 | 1,246.00 |
| GVRA - Roosevelt - Other | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **Total GVRA - Roosevelt** | 0.00 | 1,561.00 | 0.00 | 0.00 | 0.00 | 1,561.00 |
| **Haralson County School District** | | | | | | |
| Buchanan Elementary | 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **Total Haralson County School District** | 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **Hardy Corporation** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Headley Construction Corp** | | | | | | |
| Roosevelt Warm Springs- 23800 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 8,000.00 |
| **Total Headley Construction Corp** | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 8,000.00 |
| **Hitters Hangout LLC** | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| **Holiday Inn - Alabaster** | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Horseshoe Bend CC** | 315.00 | 180.00 | 0.00 | 0.00 | 0.00 | 495.00 |
| **Independent Presbyterian Church** | 0.00 | 249.00 | 0.00 | 0.00 | 0.00 | 249.00 |
| **Iron City Fire Protection LLC** | | | | | | |
| Gardendale Elementary School | 0.00 | 1,457.46 | 0.00 | 0.00 | 0.00 | 1,457.46 |
| **Total Iron City Fire Protection LLC** | 0.00 | 1,457.46 | 0.00 | 0.00 | 0.00 | 1,457.46 |
| **Iron City Music Hall** | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| **J & J Electric** | | | | | | |
| Big Time Entertainment | 4,061.66 | 2,791.70 | 0.00 | 0.00 | 0.00 | 6,853.36 |
| Lineville Elementary | 0.00 | 4,396.28 | 0.00 | 0.00 | 0.00 | 4,396.28 |
| **Total J & J Electric** | 4,061.66 | 7,187.98 | 0.00 | 0.00 | 0.00 | 11,249.64 |
| **Johnnie B Moore Towers II** | 717.29 | 0.00 | 0.00 | 0.00 | 0.00 | 717.29 |
| **Johnson Controls** | 0.00 | 1,090.00 | 315.00 | 1,055.00 | 0.00 | 2,460.00 |
| **King's Chapel Presbyterian Church** | 1,128.51 | 315.00 | 0.00 | 0.00 | 0.00 | 1,443.51 |
| **Latimer Construction** | | | | | | |
| Generations Church | 0.00 | 3,783.25 | 2,059.26 | 1,955.50 | 0.00 | 7,798.01 |
| **Total Latimer Construction** | 0.00 | 3,783.25 | 2,059.26 | 1,955.50 | 0.00 | 7,798.01 |
| **Lawson State Community College** | | | | | | |
| Service | 0.00 | 1,272.00 | 0.00 | 0.00 | 0.00 | 1,272.00 |
| **Total Lawson State Community College** | 0.00 | 1,272.00 | 0.00 | 0.00 | 0.00 | 1,272.00 |

12:52 PM

11/03/20

**Blackwater Technologies, Inc.**
## A/R Aging Summary
As of November 3, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Live Safe Resources** | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| **Messer LLC** | 0.00 | 166.00 | 0.00 | 0.00 | 0.00 | 166.00 |
| **Miniat Foods, LLC** | 200.25 | 0.00 | 0.00 | 0.00 | 0.00 | 200.25 |
| **New Pilgrim Baptist Church** | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Niagara Bottling, LLC** | 0.00 | 2,554.70 | 0.00 | 0.00 | 0.00 | 2,554.70 |
| **One Source Equipment Rentals** | 0.00 | 85.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| **Paco's Mexican Restaurant** | 0.00 | 0.00 | 145.00 | 0.00 | 0.00 | 145.00 |
| **Park at Chastain** | 0.00 | 954.00 | 0.00 | 0.00 | 0.00 | 954.00 |
| | | | | | | |
| **Pellerin Real Estate** | | | | | | |
| The Beacon | 0.00 | 595.00 | 0.00 | 0.00 | 0.00 | 595.00 |
| | | | | | | |
| **Total Pellerin Real Estate** | 0.00 | 595.00 | 0.00 | 0.00 | 0.00 | 595.00 |
| | | | | | | |
| **Power Grid Engineering** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| | | | | | | |
| **Red Roof Inn** | 0.00 | 0.00 | 0.00 | 315.00 | 0.00 | 315.00 |
| **Riverside EpiCenter** | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **Roy Martin Services** | | | | | | |
| McKinnon Nissan | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| | | | | | | |
| **Total Roy Martin Services** | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| | | | | | | |
| **S. A. Comunale Co. Inc.** | | | | | | |
| Advance Auto | 956.25 | 265.21 | 70.00 | 0.00 | 0.00 | 1,291.46 |
| Dollar General | 323.21 | 130.50 | 0.00 | 0.00 | 0.00 | 453.71 |
| | | | | | | |
| **Total S. A. Comunale Co. Inc.** | 1,279.46 | 395.71 | 70.00 | 0.00 | 0.00 | 1,745.17 |
| | | | | | | |
| **Saks Baptist Church** | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| **Salon Centric - Distribution Center** | 1,636.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,636.00 |
| **Sam's BBQ House** | 0.00 | 325.57 | 0.00 | 0.00 | 0.00 | 325.57 |
| **Scott Hughes Car Payment** | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 370.00 |
| **Seoyon** | 0.00 | 1,025.90 | 0.00 | 0.00 | 0.00 | 1,025.90 |
| **Simple Helix** | 0.00 | 159.00 | 648.55 | 0.00 | 0.00 | 807.55 |
| **Southeast Crane & Hoist** | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| **Southwire** | | | | | | |
| 12 for Life - Carrollton GA | 134.00 | 134.00 | 0.00 | 0.00 | 0.00 | 268.00 |
| Cofer Technology Center | 273.00 | 0.00 | 0.00 | 0.00 | 0.00 | 273.00 |
| Copper Rod Mill | 842.00 | 838.00 | 2,585.00 | 0.00 | 0.00 | 4,265.00 |
| Douglas Plant | 1,063.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,063.00 |
| Energy CSC | 816.00 | 0.00 | 0.00 | 0.00 | 0.00 | 816.00 |
| General Services | 226.00 | 226.00 | 226.00 | 0.00 | 0.00 | 678.00 |
| Heflin Plant | 0.00 | 1,786.00 | 0.00 | 0.00 | 0.00 | 1,786.00 |
| Machine Services Group (MSG) | 307.00 | 537.00 | 0.00 | 0.00 | 0.00 | 844.00 |
| MC Plant | 1,214.00 | 1,624.00 | 0.00 | 923.00 | 0.00 | 3,761.00 |
| Medium Voltage Plant | 759.50 | 539.00 | 0.00 | 0.00 | 0.00 | 1,298.50 |
| North Campus - Plant | 1,732.00 | 921.00 | 862.00 | 0.00 | 0.00 | 3,515.00 |
| Reel Storage/Repair Shop | 669.00 | 593.50 | 0.00 | 0.00 | 0.00 | 1,262.50 |

12:52 PM

11/03/20

## Blackwater Technologies, Inc.
## A/R Aging Summary
### As of November 3, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Thorn CSC - Tools & Equipment | 995.00 | 830.00 | 0.00 | 0.00 | 0.00 | 1,825.00 |
| Utility Plant (SCUPP) | 2,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,450.00 |
| Villa Rica Plant | 330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 |
| Wellness, ENG. Finess, SCR | 359.00 | 0.00 | 0.00 | 0.00 | 0.00 | 359.00 |
| West GA  Retail East CSC | 616.00 | 0.00 | 0.00 | 0.00 | 0.00 | 616.00 |
| West GA Service Center | 1,014.50 | 946.00 | 0.00 | 0.00 | 0.00 | 1,960.50 |
| **Total Southwire** | 13,800.00 | 8,974.50 | 3,673.00 | 923.00 | 0.00 | 27,370.50 |
| **Steris Animal Health** | | | | | | |
| Steris Monitoring | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Total Steris Animal Health** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Steve Ayers Construction** | 0.00 | 0.00 | 71.00 | 0.00 | 0.00 | 71.00 |
| **Superior Metals** | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| **Sweet Hut** | 0.00 | 249.00 | 0.00 | 0.00 | 0.00 | 249.00 |
| **The Bible Comes to Life** | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Tidewater Inc** | 0.00 | 871.40 | 0.00 | 0.00 | 0.00 | 871.40 |
| **Tomco Construction** | | | | | | |
| St. Mary Magdalene | 0.00 | 0.00 | 0.00 | 857.70 | 0.00 | 857.70 |
| **Total Tomco Construction** | 0.00 | 0.00 | 0.00 | 857.70 | 0.00 | 857.70 |
| **Town of Moreland** | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| **Tuscaloosa County Courthouse** | 0.00 | 1,360.00 | 0.00 | 0.00 | 0.00 | 1,360.00 |
| **University of Alabama Birmingham** | | | | | | |
| Warehouse 508 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 | 315.00 |
| **Total University of Alabama Birmingham** | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 | 315.00 |
| **University of Montevallo** | | | | | | |
| University of Montevallo Monitoring | 0.00 | 85.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| University of Montevallo - Other | 1,588.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,588.00 |
| **Total University of Montevallo** | 1,588.00 | 85.00 | 0.00 | 0.00 | 0.00 | 1,673.00 |
| **Vickers Village** | 0.00 | 318.00 | 0.00 | 0.00 | 0.00 | 318.00 |
| **Wallace State Community College** | | | | | | |
| Rebecca Branch Womens Dorm | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Total Wallace State Community College** | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **West Central Integrated Treatment Facilit** | 0.00 | 0.00 | 749.00 | 0.00 | 0.00 | 749.00 |
| **Westbrook Christian School** | 0.00 | 385.00 | 0.00 | 0.00 | 0.00 | 385.00 |
| **WG Holdings (Worsham Group)** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Zion Hill Baptist Church** | 0.00 | 0.00 | 0.00 | 171.00 | 0.00 | 171.00 |
| **TOTAL** | 62,315.90 | 56,151.37 | 8,993.31 | 5,277.20 | 9,576.15 | 142,313.93 |

Exhibit "B"
Inventory

| Part Number | Quantity | Cost | Total |
|---|---|---|---|
| CHS-2D | 2 | $21.94 | $43.88 |
| CHS-4L | 11 | $42.89 | $471.79 |
| CHS-M2 | 6 | $58.50 | $351.00 |
| CHS-PS | 6 | $24.08 | $144.48 |
| AFAWS-KS | 2 | $62.60 | $125.20 |
| VP-2B | 1 | $19.35 | $19.35 |
| BP2-4 | 1 | $32.63 | $32.63 |
| DP-CFFT | 1 | $38.25 | $38.25 |
| MP-1B | 2 | $40.05 | $80.10 |
| DP-1B | 3 | $22.95 | $68.85 |
| DPA-1A4 | 1 | $36.90 | $36.90 |
| DPA-1 | 1 | $33.75 | $33.75 |
| ADP-4B | 2 | $33.75 | $67.50 |
| ADP2-640 | 7 | $36.90 | $258.30 |
| DP-51050B | 1 | $55.01 | $55.01 |
| DPA-2B | 1 | $72.90 | $72.90 |
| DP-9692B | 3 | $63.00 | $189.00 |
| ABF-1DB | 1 | $84.15 | $84.15 |
| ABF-1B | 2 | $72.00 | $144.00 |
| CHS-4 | 1 | $58.05 | $58.05 |
| DR-B4 | 2 | $157.50 | $315.00 |
| DR-B4B | 4 | $85.50 | $342.00 |
| DR-C4B | 1 | $127.80 | $127.80 |
| EQDR-B4 | 2 | $136.35 | $272.70 |
| DR-AA4 | 1 | $98.10 | $98.10 |
| ISO-X | 106 | $37.25 | $3,948.50 |
| FDRM-1 | 1 | $137.50 | $137.50 |
| NC-100R | 5 | $43.00 | $215.00 |
| MMF-300 | 1 | $38.00 | $38.00 |
| NDM-100 | 4 | $46.60 | $186.40 |
| NMM-100 | 3 | $35.40 | $106.20 |
| FMM-4-20 | 1 | $89.00 | $89.00 |
| FZM-1 | 2 | $63.50 | $127.00 |
| NZM-100 | 2 | $65.50 | $131.00 |
| FTM-1 | 5 | $66.50 | $332.50 |
| FCM-1-REL | 2 | $101.00 | $202.00 |
| SK-MONITOR | 3 | $47.00 | $141.00 |
| TC809D1004 | 2 | $72.00 | $144.00 |
| IDP-MONITOR-2 | 1 | $64.00 | $64.00 |
| TC809C1004 | 1 | $72.00 | $72.00 |
| BG-12L | 1 | $33.00 | $33.00 |
| MCBL-7 | 27 | $4.84 | $130.68 |
| TR-C4 | 1 | $73.80 | $73.80 |
| FW-MM | 14 | $136.00 | $1,904.00 |
| NMM-100P | 1 | $29.50 | $29.50 |
| M501M | 15 | $85.00 | $1,275.00 |
| BACNET-GW-3 | 1 | $906.00 | $906.00 |
| 4XTM | 3 | $58.05 | $174.15 |
| NFN-GW-PC-HNW | 1 | $1,303.60 | $1,303.60 |
| HS-NCM-WSF | 1 | $934.00 | $934.00 |
| NCM-W | 2 | $365.60 | $731.20 |

| | | | |
|---|---|---|---|
| AEM-24AT | 2 | $256.05 | $512.10 |
| AEM-48A | 3 | $227.25 | $681.75 |
| ACM-24AT | 2 | $337.50 | $675.00 |
| ACM-32A | 2 | $250.04 | $500.08 |
| NCA-2RETRO | 1 | $20.03 | $20.03 |
| ICM-4RK | 1 | $34.54 | $34.54 |
| SCS-8 | 5 | $412.20 | $2,061.00 |
| SCE-8 | 1 | $312.75 | $312.75 |
| XP10-M | 1 | $276.30 | $276.30 |
| NZM-100-6 | 2 | $308.00 | $616.00 |
| XPC-8 | 1 | $100.00 | $100.00 |
| BB-XP | 1 | $49.50 | $49.50 |
| HPFF8CM | 4 | $350.25 | $1,401.00 |
| HPP31076 | 1 | $61.75 | $61.75 |
| FCPS-24 | 3 | $99.98 | $299.94 |
| ACPS-610 | 4 | $563.85 | $2,255.40 |
| NFC-125DA | 1 | $1,181.25 | $1,181.25 |
| AMPS-24 | 1 | $580.95 | $580.95 |
| ECC-50DA | 1 | $699.99 | $699.99 |
| AFP-200RB | 1 | $650.00 | $650.00 |
| DACT-UD2 | 1 | $218.99 | $218.99 |
| IPENC | 1 | $52.54 | $52.54 |
| LCD-80TM | 1 | $375.00 | $375.00 |
| BM-1B | 1 | $27.90 | $27.90 |
| AKS-1B | 2 | $33.75 | $67.50 |
| MPS-TR | 2 | $60.75 | $121.50 |
| TR | 5 | $25.00 | $125.00 |
| TRABS2D | 3 | $58.05 | $174.15 |
| ABF-2B | 7 | $90.00 | $630.00 |
| ABF-1DB | 2 | $84.15 | $168.30 |
| ABS-1B | 1 | $30.15 | $30.15 |
| ABF-1B | 1 | $72.00 | $72.00 |
| NSP-25 | 1 | $351.00 | $351.00 |
| ACS-2000-1 | 1 | $100.00 | $100.00 |
| AROM-XPP | 1 | $0.00 | $0.00 |
| NFC-RM | 1 | $259.65 | $259.65 |
| NFC-BDA-25V | 1 | $255.60 | $255.60 |
| NFC-BDA-70V | 4 | $255.60 | $1,022.40 |
| NFC-CE4 | 1 | $166.05 | $166.05 |
| NFC-CE6 | 1 | $243.45 | $243.45 |
| CAB-RM | 2 | $63.90 | $127.80 |
| DAA2-5025 | 1 | $677.25 | $677.25 |
| DVC-AO | 1 | $73.99 | $73.99 |
| WIN7-UG-US-3 | 1 | $0.00 | $0.00 |
| MIC-1-RW | 1 | $0.00 | $0.00 |
| RM-1 | 2 | $208.35 | $416.70 |
| FHSC-R | 2 | $157.05 | $314.10 |
| CFFT-1 | 2 | $96.75 | $193.50 |
| AFAWS-TELC | 2 | $100.35 | $200.70 |
| AFAWS-BX | 2 | $32.85 | $65.70 |
| CA-2 | 1 | $139.50 | $139.50 |
| BP-CA2 | 4 | $31.50 | $126.00 |

| | | | |
|---|---|---|---|
| CHS-BH1 | 5 | $34.43 | $172.15 |
| NFW2-100 | 1 | $1,050.00 | $1,050.00 |
| SYNC-1 | 7 | $32.76 | $229.32 |
| RA100Z | 1 | $12.25 | $12.25 |
| RTS151KEY | 3 | $38.50 | $115.50 |
| RTS151 | 13 | $17.00 | $221.00 |
| RTS451 | 6 | $16.00 | $96.00 |
| DCOIL | 2 | $17.00 | $34.00 |
| D355PL | 3 | $115.00 | $345.00 |
| PAD100 | 15 | $37.99 | $569.85 |
| FSB-200 | 7 | $644.00 | $4,508.00 |
| BEAMLRK | 3 | $65.50 | $196.50 |
| BEAMMMK | 4 | $40.00 | $160.00 |
| BEAMSMK | 6 | $24.25 | $145.50 |
| SPCW | 17 | $14.50 | $246.50 |
| PC2WK | 2 | $49.25 | $98.50 |
| SPSWK | 2 | $63.50 | $127.00 |
| SPCWK | 12 | $36.50 | $438.00 |
| SPCR | 1 | $14.50 | $14.50 |
| SPR | 10 | $14.50 | $145.00 |
| SPSCWL-CLR-ALERT | 2 | $44.70 | $89.40 |
| SPSRK | 1 | $63.50 | $63.50 |
| SPRK | 3 | $36.50 | $109.50 |
| HRK | 9 | $22.00 | $198.00 |
| HW-LF | 3 | $34.50 | $103.50 |
| HW | 4 | $18.00 | $72.00 |
| CHSR | 2 | $66.99 | $133.98 |
| SCRH | 1 | $35.00 | $35.00 |
| P4W | 3 | $40.50 | $121.50 |
| P2RH-LF | 10 | $60.75 | $607.50 |
| PC2RL | 1 | $30.15 | $30.15 |
| SCWL | 1 | $24.25 | $24.25 |
| MR-101-CR | 20 | $15.00 | $300.00 |
| SSU-MR-101-CR | 5 | $15.00 | $75.00 |
| B224BI | 96 | $25.50 | $2,448.00 |
| B200SR-LF | 26 | $57.15 | $1,485.90 |
| B200S-LF | 40 | $58.15 | $2,326.00 |
| B200S | 9 | $35.50 | $319.50 |
| B200SR | 6 | $33.95 | $203.70 |
| FAPT-851 | 4 | $46.10 | $184.40 |
| FSC-851 | 1 | $93.00 | $93.00 |
| FCO-851 | 1 | $100.00 | $100.00 |
| B210LP | 5 | $7.25 | $36.25 |
| TC806DNR | 7 | $150.00 | $1,050.00 |
| TC806B1076 | 9 | $85.00 | $765.00 |
| NP-100R | 6 | $40.35 | $242.10 |
| NP-100 | 2 | $59.00 | $118.00 |
| NH-100 | 1 | $36.75 | $36.75 |
| SPSWL-ALERT | 4 | $45.45 | $181.80 |
| SPSCRL | 2 | $39.10 | $78.20 |
| SPSWL-CLR-ALERT | 1 | $44.50 | $44.50 |
| BZSPWC-AL | 2 | $28.00 | $56.00 |

| | | | |
|---|---|---|---|
| 4WB | 4 | $30.99 | $123.96 |
| 2WT-B | 16 | $32.00 | $512.00 |
| SD355R | 2 | $50.00 | $100.00 |
| H355 | 2 | $47.00 | $94.00 |
| 4098-9757 | 1 | $49.00 | $49.00 |
| SD355 | 1 | $49.00 | $49.00 |
| E-114-3 | 2 | $24.23 | $48.46 |
| L-101 | 1 | $21.44 | $21.44 |
| OSY2 | 1 | $63.25 | $63.25 |
| PF24V | 5 | $113.75 | $568.75 |
| RMSITKO | 12 | $20.00 | $240.00 |
| MS-6 | 2 | $35.00 | $70.00 |
| 238-0088 | 1 | $17.99 | $17.99 |
| CHSR | 38 | $66.99 | $2,545.62 |
| CHSW | 5 | $66.99 | $334.95 |
| MHW | 2 | $8.25 | $16.50 |
| MHR | 50 | $8.25 | $412.50 |
| HW-LF | 1 | $34.50 | $34.50 |
| SEP-SW | 2 | $38.75 | $77.50 |
| SW-ALERT | 2 | $34.99 | $69.98 |
| SWL | 4 | $23.15 | $92.60 |
| SWL-ALERT | 2 | $27.85 | $55.70 |
| P2WL | 11 | $29.10 | $320.10 |
| P2WH-LF | 5 | $60.75 | $303.75 |
| PC4R | 4 | $40.50 | $162.00 |
| P4R | 2 | $37.75 | $75.50 |
| SCW | 1 | $32.00 | $32.00 |
| BG-12L | 1 | $33.00 | $33.00 |
| D350PL | 3 | $138.99 | $416.97 |
| SA1451-UL9 | 1 | $67.99 | $67.99 |
| 107216 | 2 | $0.00 | $0.00 |
| EML24V175W | 7 | $10.00 | $70.00 |
| DHER3C | 47 | $6.69 | $314.43 |
| HES5200C | 1 | $88.44 | $88.44 |
| 5230 | 1 | $119.90 | $119.90 |
| DHFML-1224 | 1 | $50.00 | $50.00 |
| ACC-AAM25 | 2 | $671.63 | $1,343.26 |
| FM980 | 5 | $54.60 | $273.00 |
| 90317 | 18 | $48.92 | $880.56 |
| ECC-CE4 | 1 | $173.99 | $173.99 |
| ABS-1F | 1 | $28.57 | $28.57 |
| ACC-ZPMK | 1 | $401.73 | $401.73 |
| ACC-ZSM | 4 | $193.83 | $775.32 |
| ILI95-MB-E3 | 1 | $600.00 | $600.00 |
| CHG-120-F | 1 | $295.15 | $295.15 |
| LCD-40 | 1 | $320.00 | $320.00 |
| ECC-MIC | 1 | $109.99 | $109.99 |
| UDACT-F | 2 | $240.00 | $480.00 |
| XRM-24 | 4 | $72.54 | $290.16 |
| ZNAC-4 | 1 | $58.73 | $58.73 |
| TRU250 | 1 | $50.00 | $50.00 |
| TEL1S | 1 | $60.99 | $60.99 |

Exhibit "B"
Inventory

| | | | |
|---|---|---|---|
| WMT-1A | 1 | $34.99 | $34.99 |
| PCMZPM | 1 | $101.99 | $101.99 |
| HFSF1 | 3 | $68.99 | $206.97 |
| CA-8000 | 1 | $1,500.00 | $1,500.00 |
| TBCR | 3 | $11.99 | $35.97 |
| 43T-GB-24-S | 1 | $24.67 | $24.67 |
| XB-16 | 1 | $446.99 | $446.99 |
| STH-15-S | 3 | $87.00 | $261.00 |
| MODEL TC | 1 | $50.00 | $50.00 |
| E90-R | 1 | $20.60 | $20.60 |
| E70-W | 42 | $20.60 | $865.20 |
| ZNS-MCW | 1 | $62.00 | $62.00 |
| SPBX-160-8014 | 1 | $749.99 | $749.99 |
| ZRS-MCW-FW | 4 | $53.00 | $212.00 |
| ZNS-MCW-FW | 8 | $62.00 | $496.00 |
| ASWP-2475W-FR | 2 | $45.30 | $90.60 |
| E70-R | 1 | $20.60 | $20.60 |
| RSS-24MCW-FR | 1 | $34.00 | $34.00 |
| RSS-24MCCR-FW | 2 | $32.99 | $65.98 |
| RSS-24MCC-FW | 6 | $31.90 | $191.40 |
| RSSWP-2475W | 1 | $32.99 | $32.99 |
| RSS-24MCW | 2 | $30.00 | $60.00 |
| AMT-24MCW-FR | 1 | $74.00 | $74.00 |
| MIZ-TC24-R | 7 | $10.99 | $76.93 |
| DSM-12/24-R | 1 | $57.00 | $57.00 |
| SSPK24WLPR | 3 | $44.99 | $134.97 |
| RSSP-24MCW-FR | 1 | $41.20 | $41.20 |
| E70-24MCWH-FW | 1 | $61.00 | $61.00 |
| E50-241575W-FW | 2 | $79.99 | $159.98 |
| CM-150-08 | 3 | $174.09 | $522.27 |
| PID-2190-9172 | 1 | $150.00 | $150.00 |
| 626523 | 4 | $0.00 | $0.00 |
| SBBR | 5 | $7.75 | $38.75 |
| SBBSPWL | 2 | $9.75 | $19.50 |
| SB-I/O | 2 | $6.65 | $13.30 |
| WG4RF-HVMC | 1 | $74.99 | $74.99 |
| 743250 | 4 | $50.00 | $200.00 |
| 4098-9714 | 3 | $49.00 | $147.00 |
| E60-24MCCH-FW | 2 | $59.00 | $118.00 |
| STR | 7 | $30.90 | $216.30 |
| HSR | 16 | $39.10 | $625.60 |
| LHSR-N | 1 | $39.00 | $39.00 |
| HSWC | 4 | $38.10 | $152.40 |
| HSRC | 4 | $38.10 | $152.40 |
| STW | 1 | $30.90 | $30.90 |
| MIZ-24S-R | 7 | $11.30 | $79.10 |
| MIZ-24S-W | 28 | $11.30 | $316.40 |
| STRC | 9 | $29.90 | $269.10 |
| CH70-24MCW-FR | 4 | $84.00 | $336.00 |
| 4297 | 4 | $57.99 | $231.96 |
| 42084 | 2 | $2.00 | $4.00 |
| 889D-AW | 1 | $373.99 | $373.99 |

| | | | |
|---|---|---|---|
| SADC1DXMLEO | 1 | $0.00 | $0.00 |
| E50-24MCW-FR | 4 | $54.00 | $216.00 |
| STI-6535 | 1 | $50.00 | $50.00 |
| STI-7501H | 1 | $63.99 | $63.99 |
| STI-1210D | 12 | $30.99 | $371.88 |
| STI-1230 | 12 | $47.99 | $575.88 |
| STI-1100 | 4 | $60.99 | $243.96 |
| STI-1210B | 1 | $35.99 | $35.99 |
| ST-FRCOI | 1 | $33.80 | $33.80 |
| STI-1219 | 11 | $34.99 | $384.89 |
| STI-3150 | 3 | $54.99 | $164.97 |
| STI-9708 | 3 | $20.99 | $62.97 |
| STI-9713 | 9 | $18.99 | $170.91 |
| STI-9602 | 1 | $20.99 | $20.99 |
| STI-9605 | 8 | $20.99 | $167.92 |
| STI-9609 | 11 | $18.99 | $208.89 |
| STI-9845 | 1 | $28.99 | $28.99 |
| SBBSPRL | 3 | $13.72 | $41.16 |
| 8100PTY | 2 | $55.00 | $110.00 |
| WGES24-75WR | 1 | $38.99 | $38.99 |
| 901-0229-000 | 4 | $20.00 | $80.00 |
| 904-1243-002 | 1 | $64.99 | $64.99 |
| 901-1079-000 | 6 | $20.00 | $120.00 |
| 901-0201-000 | 1 | $20.00 | $20.00 |
| 904-124-002 | 1 | $64.99 | $64.99 |
| EG1R-HDVM | 4 | $35.99 | $143.96 |
| STI-9705-R | 6 | $17.99 | $107.94 |
| R5752 | 2 | $13.99 | $27.98 |
| STI-1210C | 1 | $28.99 | $28.99 |
| SA-WBBC | 11 | $18.00 | $198.00 |
| FPJ | 10 | $16.60 | $166.00 |
| RA4002 | 14 | $139.99 | $1,959.86 |
| 1500-12 | 3 | $48.15 | $144.45 |
| 2441S-110R | 2 | $86.41 | $172.82 |
| 2441S-110W | 1 | $86.41 | $86.41 |
| U-MHST-S17S | 1 | $50.00 | $50.00 |
| U-HN-MCS | 1 | $65.00 | $65.00 |
| D-285 | 2 | $10.00 | $20.00 |
| SIGA2-HFS | 1 | $53.00 | $53.00 |
| SIGA-PHS | 3 | $57.00 | $171.00 |
| SIGA-SD | 1 | $140.00 | $140.00 |
| SIGA-CC1S | 2 | $51.00 | $102.00 |
| SIGA-CT2 | 6 | $120.50 | $723.00 |
| SD-TRK | 6 | $26.00 | $156.00 |
| SIGA-CR | 3 | $42.00 | $126.00 |
| SIGA-278 | 1 | $64.00 | $64.00 |
| SD500-AIM | 20 | $37.00 | $740.00 |
| SD505-ADH | 1 | $70.00 | $70.00 |
| SD500-LM | 3 | $56.00 | $168.00 |
| SD500-MIM | 6 | $37.00 | $222.00 |
| SD500-ANM | 6 | $37.00 | $222.00 |
| SK-XRM24 | 2 | $78.99 | $157.98 |

Exhibit "B"
Inventory

| | | | |
|---|---|---|---|
| SD500-PS | 1 | $65.00 | $65.00 |
| SD505-AH | 1 | $37.00 | $37.00 |
| SD505-APS | 1 | $50.00 | $50.00 |
| SD505-6AB | 1 | $12.00 | $12.00 |
| DTK-120SR | 2 | $77.99 | $155.98 |
| DTK-120SRD | 2 | $77.99 | $155.98 |
| DTK-VSPNCA | 2 | $70.00 | $140.00 |
| SIGA-CT1 | 1 | $47.00 | $47.00 |
| SIGA-CR | 2 | $42.00 | $84.00 |
| FAS-2-003HC | 1 | $75.00 | $75.00 |
| DTK-2MHLP-B | 1 | $41.99 | $41.99 |
| DTK-2MHLP24BWB | 1 | $52.99 | $52.99 |
| DTK-2MHTPWB | 10 | $68.99 | $689.90 |
| DTK-2MHLP24F | 2 | $41.99 | $83.98 |
| DTK-MRJPOE | 24 | $39.99 | $959.76 |
| DTK-2MHLP5B | 2 | $57.99 | $115.98 |
| DTK-2LVLPF | 1 | $41.99 | $41.99 |
| DTK-2MHLP24B | 5 | $41.99 | $209.95 |
| DTK-MB10 | 5 | $19.99 | $99.95 |
| DTK-110C6APOE | 2 | $75.99 | $151.98 |
| DTK-1F | 2 | $10.99 | $21.98 |
| RJ311120-MDP | 5 | $15.99 | $79.95 |
| PCB1B | 4 | $24.99 | $99.96 |
| DTK-MRJ31XSCPWP | 8 | $28.74 | $229.92 |
| EL-EDS | 1 | $25.00 | $25.00 |
| PNET1GB | 5 | $25.00 | $125.00 |
| PC642-030LC | 4 | $69.20 | $276.80 |
| SLCP-30 | 7 | $60.99 | $426.93 |
| SSU-PAM-SD | 51 | $11.99 | $611.49 |
| EOLR-1 | 16 | $16.99 | $271.84 |
| PC642C-030 | 35 | $83.99 | $2,939.65 |
| PHC-043 | 3 | $74.99 | $224.97 |
| PAM-SD | 5 | $11.99 | $59.95 |
| T05-DG | 28 | $35.99 | $1,007.72 |
| S565-036-2 | 1 | $35.99 | $35.99 |
| PC2-TEL | 14 | $64.99 | $909.86 |
| FAS-120AC | 1 | $37.99 | $37.99 |
| FSP-851 | 1 | $41.25 | $41.25 |
| FST-851 | 1 | $29.85 | $29.85 |
| HS-24PWW-WP | 9 | $50.99 | $458.91 |
| 4890267 | 4 | $0.00 | $0.00 |
| S-24WW | 1 | $41.99 | $41.99 |
| S-24WR | 2 | $41.99 | $83.98 |
| PAD100-PD | 12 | $37.99 | $455.88 |
| MHT-1224W | 1 | $11.50 | $11.50 |
| LFHS-177W | 1 | $68.99 | $68.99 |
| SB-46 | 2 | $6.69 | $13.38 |
| PAD100-6DB | 13 | $30.99 | $402.87 |
| HSLP-24WW-WP | 1 | $50.99 | $50.99 |
| S-24WW-WP | 1 | $41.99 | $41.99 |
| UD-1000DACT | 1 | $57.99 | $57.99 |
| OSYSU-2 | 1 | $65.99 | $65.99 |

| | | | |
|---|---|---|---|
| PSN-106 | 1 | $306.99 | $306.99 |
| PAD100-SIM | 5 | $35.99 | $179.95 |
| PAD100LED | 1 | $21.99 | $21.99 |
| PAD100NAC | 1 | $49.99 | $49.99 |
| CHS-24R | 1 | $34.99 | $34.99 |
| CS-24W | 3 | $26.99 | $80.97 |
| RMS-IT-WP-LPRED | 1 | $50.00 | $50.00 |
| CS-24R | 5 | $26.99 | $134.95 |
| FASPKR-R | 7 | $50.00 | $350.00 |
| FASPKR-W | 6 | $50.00 | $300.00 |
| | | | **$105,075.00** |

Office Equipment List
Exhibit "C"

| Quantity | Equipment Description | Cost | Total |
|---|---|---|---|
| 1 | Canon IPF770 Plotter/Scanner Combo | $2,899.00 | $2,899.00 |
| 1 | Canon Office Printer, Copier, Scanner Combo | $3,992.93 | $3,992.93 |
| 1 | Canon Image Wide Format Plotter | $4,702.65 | $4,702.65 |
| 1 | Staples Paper Shredder | $50.00 | $50.00 |
| 1 | Dell Optiplex 745 Desktop Computer | $90.00 | $90.00 |
| 8 | Dell Latitude 10 10.1 inch Tablets | $70.00 | $560.00 |
| 3 | Lenovo 80UD Touchscreen Laptops | $300.00 | $900.00 |
| 1 | ASUS Laptop | $150.00 | $150.00 |
| 3 | Dell Inspirion Laptops | $320.00 | $960.00 |
| 1 | Dell Vostro Laptop | $250.00 | $250.00 |
| 9 | Dell Latitude E6430 Laptops | $180.00 | $1,620.00 |
| 1 | HP Desktop Computer | $199.00 | $199.00 |
| 4 | Dell Optiplex 755 Desktop Computers | $100.00 | $400.00 |
| 1 | Samsung 22 inch Monitor | $150.00 | $150.00 |
| 4 | Sceptre 24in Monitor | $90.00 | $360.00 |
| 1 | HP Officejet 6500A Desktop Printer | $200.00 | $200.00 |
| 1 | HP Officejet 8600 Desktop Printer | $300.00 | $300.00 |
| 1 | Sceptre 22in Monitor | $80.00 | $80.00 |
| 6 | Dell Inspire Desktop Computer | $150.00 | $900.00 |
| 2 | Sony 32in Monitor | $250.00 | $500.00 |
| 1 | Dell XPS Desktop | $800.00 | $800.00 |
| 2 | Vizio 32in Monitor | $150.00 | $300.00 |
| 1 | HP 22in Monitor | $80.00 | $80.00 |
| 1 | Dell 22in Monitor | $80.00 | $80.00 |
| 2 | Dell Precision T1700 Desktop Computer | $500.00 | $1,000.00 |
| 2 | Neovo 20in Monitor | $180.00 | $360.00 |
| 1 | Canon MX512 Desktop Printer | $180.00 | $180.00 |
| 2 | ASUS 24in Monitor | $130.00 | $260.00 |
| 1 | Acer 22in Monitor | $60.00 | $60.00 |
| 1 | L1912CTN 19in Monitor | $30.00 | $30.00 |
| 1 | Canon MX439 Desktop Printer | $50.00 | $50.00 |
| 1 | Dell Optiplex 3010 Desktop Computer | $150.00 | $150.00 |
| 1 | Dell Powertage 1420 Desktop Computer | $800.00 | $800.00 |
| 1 | Dell 19in Monitor | $45.00 | $45.00 |
| 2 | Dell 24in Monitor | $130.00 | $260.00 |
| 1 | AOC 20in Monitor | $70.00 | $70.00 |
| 1 | LG 22in Monitor | $90.00 | $90.00 |
| | | | **$23,878.58** |